IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD HOEFT,

    Plaintiff,

v.

BOB HANSEN and
MRS. BOB HANSEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-389-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff's civil rights claim with prejudice pursuant to 28 U.S.C. § 1915(e)(2) for plaintiff's failure to state a claim upon which relief can be granted under 42 U.S.C. § 1983 and dismissing plaintiff's state-law defamation claims without prejudice for lack of subject matter jurisdiction.

_Peter Oppeneer_          OCT 26 2012

Peter Oppeneer, Clerk of Court      Date